IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRIME HEALTHCARE SERVICES – LOWER BUCKS, LLC D/B/A LOWER BUCKS HOSPITAL, et al., Plaintiffs, | : : : : | |
| v. | : : : | CIVIL ACTION No. 23-1313 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al., Defendants. | : : : | |

# ORDER

**AND NOW,** this 19th day of October, 2023, it is **ORDERED** that Plaintiffs' Motion to Remand (ECF No. 23) is **GRANTED**. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

   s/ANITA B. BRODY, J.
ANITA B. BRODY, J.